IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLEN W. ROBISON,

      Plaintiff,                    No. 2:10-cv-2954 JAM JFM (PC)

   vs.

PARAMVIR SAHOTA, et al.,

      Defendants.           <u>ORDER</u>

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On August 15, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations and defendants have filed a reply to plaintiff's objections.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire /////

1

1 | file, the court finds the findings and recommendations to be supported by the record and by
2 | proper analysis.
3 |       Accordingly, IT IS HEREBY ORDERED that:
4 |       1. The findings and recommendations filed August 15, 2011, are adopted in full;
5 | and
6 |       2. Plaintiff's December 7, 2010 and June 7, 2011 motions for injunctive relief are
7 | denied.
8 | DATED: October 7, 2011.

                                            /s/ John A. Mendez
                                   UNITED STATES DISTRICT JUDGE

/robi2954.805(2)