IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLEN W. ROBISON,

    Plaintiff,   No. 2:10-cv- 2954 JAM JFM (PC)

    vs.

PARAMVIR SAHOTA, et al.,

    Defendants.

_____/   <u>ORDER</u>

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On January 5, 2012, plaintiff filed a document styled as an objection to the taking of his deposition as noticed for December 16, 2011. The document was signed and dated on December 13, 2011, while the proof of service appended thereto was signed and dated on January 3, 2012. It appears the objection is moot. Accordingly, IT IS HEREBY ORDERED that the objection filed January 5, 2012 will be disregarded.

DATED: January 13, 2012.

UNITED STATES MAGISTRATE JUDGE

12;robi2954.o

1