IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLEN W. ROBISON,

        Plaintiff,               No. 2:10-cv- 2954 JAM JFM (PC)

      vs.

PARAMVIR SAHOTA, et al.,

        Defendants.

_____/       <u>ORDER</u>

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.  On January 13, 2012, plaintiff filed a motion for sanctions.  Plaintiff apparently seeks an order imposing sanctions on defendants due to defendants' alleged failure to give plaintiff at least fourteen days notice prior to his deposition.

        Good cause appearing, IT IS HEREBY ORDERED that within ten days from the date of this order defendants shall file and serve a response to plaintiff's January 13, 2012 motion.

DATED: February 22, 2012.

UNITED STATES MAGISTRATE JUDGE

12;robi2954.o2

1