IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLEN W. ROBISON,

      Plaintiff,                    No. 2:10-cv-2954 JAM JFM (PC)

    vs.

PARAMVIR SAHOTA, et al.,

      Defendants.          ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On April 16, 2012, plaintiff filed a motion styled "Notice of Motion in Objection to the Court's Denial for Sanction. The court construes this as a motion for reconsideration of the magistrate judge's April 2, 2012 order denying plaintiff's motion for discovery sanctions.

        Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

/////

/////

1

1   Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
2   magistrate judge filed April 2, 2012, is affirmed.
3   DATED: May 9, 2012

            /s/ John A. Mendez
            UNITED STATES DISTRICT COURT JUDGE